FILED
JUL 09 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 252 SEH |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| TYLER BLAINE SMITH, a/k/a "T-Bone," | [18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm and Ammunition; Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about June 6, 2025, in the Northern District of Oklahoma, the defendant, **TYLER BLAINE SMITH**, a/k/a "T-Bone," knowing he had previously been convicted of at least one of the following crimes punishable by imprisonment for terms exceeding one year:

1. Robbery with a Dangerous Weapon (Count One), Case No. YO-2016-0015, in the District Court of Tulsa County, State of Oklahoma, on June 9, 2023;

2. Burglary- First Degree (Count Two), Case No. YO-2016-0015, in the District Court of Tulsa County, State of Oklahoma, on June 9, 2023; and

3. Possession of a Firearm While Under Supervision of DOC, Case No. CF-2022-4274, in the District Court of Tulsa County, State of Oklahoma, on June 9, 2023,

knowingly possessed in and affecting interstate and foreign commerce the following firearm and ammunition:

1. A Palmetto State Armory, Model Dagger, 9mm pistol caliber pistol, serial number SZF017716; and

2. Assorted rounds of 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **TYLER BLAINE SMITH**, a/k/a "T-Bone," shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Palmetto State Armory, Model Dagger, 9mm pistol caliber pistol, serial number SZF017716; and

2. Assorted rounds of 9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
KENNETH A. ELMORE  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson