
AO 442 (Rev. 10/13) Arrest Warrant



case unsealed 8/6/2025

~~SEALED~~

**FILED**
AUG 11 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**RECEIVED**
JUL 10 2025
BY: USMS

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>TYLER BLAINE SMITH,<br>a/k/a "T-Bone"<br>*Defendant* | )<br>)<br>) Case No. 25 CR - 2 5 2 SEH'<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TYLER BLAINE SMITH, a/k/a "T-Bone"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture

Date: JUL 0 9 2025

*Issuing officer's signature*

City and state:   Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/10/25, and the person was arrested on *(date)* 8/6/25
At *(city and state)* Tulsa, OK
Date: 8/6/25

*Arresting officer's signature*

DUSM
*Printed name and title*

KE/ch